ACCEPTED
01-15-00294-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 4:46:35 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00294-CV

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/1/2015 4:46:35 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1884399

In the County Criminal Court at Law Number 15
Of Harris County, Texas

———————◆———————

AMINA ROSE WHITE
*Appellant*

V.

THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, appellee, in accordance with

Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files

this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the County Criminal Court at Law Number 15 of Harris County, Texas, in cause number 1884399, appellant was charged by information with the Class B misdemeanor offense of theft in *The State of Texas v. Amina Rose White*.

2. On April 30, 2013, appellant made a plea-bargain agreement with the State and, pursuant to that agreement, pled guilty to the offense as charged. The trial court agreed to follow the terms of the plea-bargain agreement and accepted appellant's plea, but deferred a finding of guilt and ordered that appellant be placed on deferred adjudication community supervision for a term of six months.

3. On November 4, 2013, the trial court entered an order discharging appellant from deferred adjudication community supervision and dismissing the proceedings against her.

4. On January 5, 2015, appellant filed in the trial court a Petition for Nondisclosure of Criminal History Record Information.

5. The trial court denied appellant's petition for nondisclosure by written order on February 23, 2015.

6. On March 16, 2015, appellant timely filed written notice of appeal to challenge the trial court's denial of appellant's petition for nondisclosure.

7.  Appellant filed her brief with this Court on May 4, 2015.

8.  The State's appellate brief is due on July 3, 2015.

9.  This is the State's second request for an extension.

10. The State requests that this Court extend the timeframe for the filing of the State's appellate brief to August 3, 2015.

11. The facts relied upon to explain the need for this extension are:

    a.  During the time in which the undersigned attorney will be researching and preparing the State's appellate brief for this case, she will also be researching and preparing the State's appellate briefs in the following cases that are also assigned to her:

        i.   *Ex parte Brent Wayne Justice*; No. 14-14-00951-CR

        ii.  *Jesus Tinoco v. State of Texas*; No. 14-14-00973-CR

        iii. *Travis Lamb v. State of Texas*; No. 01-14-00901-CR

        iv.  *Ex parte Alicia Brumant*; No. 14-15-00337-CR

    b.  Further, the undersigned attorney was asked to author an article regarding the recent amendments to the Texas Rules of Evidence, which will be published in the next issue of *The Texas Prosecutor*, the bi-monthly publication of the Texas District & County Attorneys Association.

12. As a result of these factors, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted, despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause.

13. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the State an extension of time, until August 3, 2015, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar No. 24053741
1201 Franklin Street, Suite 600
Houston, Texas 77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that the undersigned counsel has directed the e-filing system eFile.TXCourts.gov to serve a true and correct copy of the foregoing document upon Ashton Christopher Adair, appellant's attorney of record on appeal, on July 1, 2015, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

ash@houstontxlawyer.com

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar Number: 24053741
1201 Franklin Street, Suite 600
Houston, Texas 77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net